UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
NYC ALLIANCE GROUP, LLC,                      :
:
                      Plaintiff,    :
:          24-CV-2774 (VSB)
     -against-                              :
:               **ORDER**
COLOR TREE GROUP, LLC,                         :
:
                     Defendant.  :
:
------------------------------------------------------------ X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On August 2, 2024, I extended the deadline for Defendant to respond to Plaintiff's complaint to August 16, 2024. (Doc. 12.) Although Defendant has missed this deadline, Plaintiff has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than September 6, 2024. If Plaintiff fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    August 26, 2024
            New York, New York

                                                        VERNON S. BRODERICK
                                                        United States District Judge